DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CARLOS LORENZO,**
Appellant,

v.

**PUBLIX SUPER MARKETS, INC.,**
Appellee.

No. 4D17-2852

[July 19, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Meenu Sasser, Judge; L.T. Case No. 50-2016-CA-010699-XXXX-MB.

David C. Wiitala of Wiitala & Contole, P.A., North Palm Beach, for appellant.

Sergio R. Casiano, Jr. of Miller, Kagan, Rodriguez & Silver, PL, Coral Gables, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CONNER and KLINGENSMITH, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***